**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION TO DISMISS

Appellate case name:        Jordan D. Houghtaling  **V.**  Nichol A. Houghtaling

Appellate case number:   01-13-00547-CV

Trial court case number:  2012-38612

Trial court:                      310th District Court of Harris County

Date motion filed:            December 3, 2013 (Amended, March 24, 2014)

Party filing motions:        Appellee

It is ordered that the appellee's motion to dismiss is **DENIED.**


Judge's signature: /s/ Michael Massengale_____
                              Acting for the Court

Panel consists of: Justices Jennings, Bland, and Massengale


Date:  June 26, 2014